**Charles Brandon PARKS,**
**Plaintiff—Appellant,**

v.

**Randall LOWE; Roy F. Evans, Jr.; Commonwealth of Virginia; Thomas L. Weaver; Kimberly Culbertson Haugh; David R. Bradley; Ronnie Oaks, Sheriff; Ronald McKinnon; Greg Neal, Defendants—Appellees.**

**No. 10–6508.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Jan. 5, 2011.

Charles Brandon Parks, Appellant Pro Se. Paul Kugelman, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; Kevin Osborne Barnard, Frith, Anderson & Peake, PC, Roanoke, Virginia, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Brandon Parks appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendants' motions to dismiss and motions for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parks v. Lowe,* No. 1:09-cv-00070-jpj-pms (W.D.Va. Mar. 29, 2010). We deny all pending motions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*